Robert G. POSENJAK, Plaintiff—Appellant,

v.

WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE; et al., Defendants—Appellees.

No. 03–35160.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 9, 2003.*

Decided June 18, 2003.

Before: RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Robert G. Posenjak appeals pro se the district court's judgment dismissing his action alleging that his arrest for out-of-season hunting violated his rights under a federal treaty and the United States Constitution.[1] We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal on *Younger* abstention grounds. *Agriesti v. MGM Grand Hotels, Inc.*, 53 F.3d 1000, 1001 (9th Cir.1995).

The district court properly dismissed Posenjak's claims in light of the ongoing state judicial proceedings that implicate important state interests and provide Posenjak an adequate opportunity to raise his federal questions. *See Woodfeathers, Inc. v. Washington County, Or.*, 180 F.3d 1017, 1020 (9th Cir.1999); *see also State v. Buchanan*, 138 Wash.2d 186, 978 P.2d 1070, 1075 (Wash.1999) (en banc) (considering Indian hunting rights under federal treaty).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Posenjak's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. On March 7, 2003, the district court responded to this court's notice of referral and revoked his *in forma pauperis* ("IFP") status.

We hereby grant Posenjak IFP status for the purposes of this appeal.

